**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:        Earl Dietrich, Ian Knight, J.J. Leal, Shannon McLeod, and
                            Frontier MWD Systems, LLC v. Weatherford International,
                            LLC and Weatherford, U.S., L.P.

Appellate case number:      01-19-00556-CV

Trial court case number:    2019-25169

Trial court:                61st District Court of Harris County

Appellants, Earl Dietrich, Ian Knight, J.J. Leal, Shannon McLeod, and Frontier MWD Systems, LLC, have file an unopposed motion to abate this appeal until February 17, 2020, to facilitate settlement. The Court had previously abated this appeal until February 3, 2020, at which time the appeal was reinstated. The Court **grants** the unopposed motion. *See* TEX. R. APP. P. 10.3(a)(2).

This appeal is abated, treated as a closed case, and removed form this Court's active docket. The appeal will be reinstated on this Court's active docket on **February 17, 2020**. The Court will consider an appropriate motion to extend the abatement period. The Court will also consider an appropriate motion to reinstate the appeal filed by either party or on its own motion.

It is so ORDERED.


Judge's signature:    /s/ Evelyn V. Keyes
                      ☑ Acting individually    ☐ Acting for the Court


Date: February 11, 2020